**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| XUNXIAN LIU, | |
| Plaintiff, | Civil Action No. 21-495 (JMC) |
| v. | |
| SECRETARY OF DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | |
| Defendants. | |

## ORDER

For the reasons stated in the accompanying memorandum opinion, this Court **GRANTS** Defendants' Motion to Dismiss. ECF 19. Accordingly, the Complaint, ECF 1, is **DISMISSED** in its entirety. This is a final appealable order. The Clerk of Court shall terminate this case.

The Court further **DENIES** Liu's Motion for a Hearing, ECF 29; and **DENIES** Liu leave to file an amended complaint, ECF 30.

**SO ORDERED**.

DATE: May 4, 2022

_____
Jia M. Cobb
U.S. District Court Judge